# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

jandrophy@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620



October 11, 2018

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/12/2018__

Re:    Torres Mendoza et al v. Georgia's Eastside BBQ, Inc. et al
       18-cv-04452 (VEC) (JLC)

Dear Judge Caproni,

This firm represents the Plaintiff Joel Torres Mendoza in the above-referenced matter. Plaintiffs write jointly with Defendants in response to the Court's order dated October 2, 2018 denying approval of the parties settlement agreement unless Plaintiff's counsel's fees are reduced to $2,800 in attorneys' fees and $400 in costs. (Dkt. No. 33) The parties, and in particular Plaintiff's attorneys, confirm that the settlement will be distributed in accordance with the Court's order: a total of $3,200 to Plaintiff's attorneys, with the remaining $6,800 going to Plaintiff himself.

The Court's order directed the parties to submit a revised settlement agreement with the aforementioned distribution. We note that the original settlement agreement did not specify how much of the settlement would be applied as attorneys' fees, stating that the determination of Plaintiff's share, counsel fee, and costs, is the responsibility of Plaintiff and his counsel, subject to Court approval. The parties therefore respectfully request that this letter, representing the distribution between Plaintiff and his attorneys, be deemed sufficient to approve the agreement. In the event the Court required a revised settlement agreement which specifies the amount to be

*Certified as a minority-owned business in the State of New York*

October 11, 2018
Page 2

distributed to Plaintiff and Plaintiffs' attorneys, the parties respectfully request an additional

week to obtain signatures on a revised agreement, and for a one week adjournment of the status

conference currently scheduled for October 19, 2018.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/Joshua S. Androphy
Joshua S. Androphy
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiff

Enclosures

The Court does not approve of the proposed settlement at this time.
As specified in the Court's previous order, any proposed settlement
agreement must expressly set forth the allocation of attorney's fees.

The parties must submit a revised agreement by **October 25, 2018** or
appear for a conference with the Court to set a discovery schedule on
**October 26, 2018** at 10:00 a.m. in Courtroom 443 of the Thurgood
Marshall Courthouse, 40 Foley Square, New York, New York,
10007.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 10/11/2018